# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* OMNI HEALTHCARE, INC., <br><br>     Plaintiffs, <br> v. <br><br> CARDINAL HEALTH, INC., *et al.*, <br><br>     Defendants. | No. 18-cv-12039-GAO <br><br> **FILED UNDER SEAL** |

## ORDER

Upon consideration of the United States' Notice of Election to Intervene for Settlement Purposes and Assented-to Motion to Unseal the Action, it is hereby **ORDERED** as follows:

The relator's amended complaint and the United States' Notice of Election to Intervene and Motion to Unseal the Action shall be unsealed on January 31, 2022.

All other filings in these matters shall remain under seal.

A copy of this Order shall be served upon the United States, and the United States may share this Order with the government plaintiffs, relator, and its counsel.

Dated: January 28, 2022

/s/ George A. O'Toole, Jr.
HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE