UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* *ex rel.* OMNI HEALTHCARE, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>CARDINAL HEALTH, INC., *et al.*<br><br>    Defendants. | Case No. 18-cv-12039-GAO |

## NOTICE OF PENDING PARTIAL SETTLEMENT

The Commonwealth of Massachusetts, on behalf of itself as well as the states of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland,  Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, Washington, and the District of Columbia (collectively "the Plaintiff States"), hereby notifies the Court that there is an agreement in principle between Cardinal Health and some Plaintiff States to resolve the allegations brought by Relators on behalf of the Plaintiff States.

Cardinal Health settlement agreements have been distributed to the eighteen (18) states who are believed to be participating in the settlement, some of which have already returned signed agreements. While not all of the Plaintiff States will be participating in a settlement with Cardinal Health, all State law claims against Cardinal Health will be dismissed once settlements with the

states are finalized.[1] The executed Cardinal Health agreements have been requested back from the

States on or before March 10, 2022.

> Respectfully submitted
> for the Commonwealth,
>
> MAURA HEALEY
> ATTORNEY GENERAL
>
>
> By:     /s/ Ian R. Marinoff
>         IAN R. MARINOFF (BBO #654794)
>         Assistant Attorney General
>         Office of the Attorney General
>         One Ashburton Place
>         Boston, Massachusetts 02108
>         (617) 727-2200 ext. 2550
>         ian.marinoff@mass.gov

Date:  February 16, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served upon the attorneys of

record via the CM/ECF system on February 16, 2022.

> By:     /s/ Ian R. Marinoff
>         Assistant Attorney General

---

[1] States participating in a settlement agreement will seek dismissal with prejudice.  States that are not participating will seek a dismissal without prejudice to their interests.