UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* OMNI HEALTHCARE, INC., <br><br> Plaintiffs, <br> v. <br><br> CARDINAL HEALTH, INC., *et al.*, <br><br> Defendants. | No. 18-cv-12039-GAO |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, by relator Omni Healthcare, Inc., (the "relator"), and Cardinal Health, Inc., Cardinal Health 108, LLC, and Cardinal Health 118, LLC D/B/A VitalSource GPO (collectively, "Cardinal Health") filed a Stipulation of Dismissal. Upon due consideration of the Stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that,

Consistent with, and subject to, the terms of the Settlement Agreement executed by the United States, Cardinal Health, and the relator, all claims asserted on behalf of the United States against Cardinal Health in this action concerning the Covered Conduct as defined in Paragraph F of the Settlement Agreement are hereby dismissed with prejudice, and all remaining claims asserted against Cardinal Health in this action are hereby dismissed with prejudice to the relator and without prejudice to the United States.

Dated: 2/17/22

GEORGE A. O'TOOLE
UNITED STATES DISTRICT JUDGE