UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* OMNI HEALTHCARE, INC., <br><br> Plaintiffs, <br> v. <br><br> CARDINAL HEALTH, INC., *et al.*, <br><br> Defendants. | No. 18-cv-12039-GAO |

## ORDER OF PARTIAL DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1) and analogous state false claims statutes, relator Omni Healthcare, Inc. (the "relator"), has submitted a Notice of Voluntary Partial Dismissal dated February 17, 2022, with respect to relator's claims against defendants Michael A. Mullen; Alabama Oncology; Cancer Health Treatment Center, P.C.; Clearview Cancer Institute; Columbus Oncology and Hematology Associates; Dayton Physicians, LLC; Healthcare Partners Nevada; Intermountain Health Care, Inc.; Northwest Georgia Oncology Centers, P.C.; South Carolina Oncology Associates, P.A.; Tennessee Cancer Specialists, PLLC; Tennessee Oncology, PLLC; and Doe Healthcare Provider Defendants 1 to 100 (the "Notice");

Upon due consideration of the Notice and the papers on file in this action,

IT IS HEREBY ORDERED that,

Relator's claims against defendants Michael A. Mullen; Alabama Oncology; Cancer Health Treatment Center, P.C.; Clearview Cancer Institute; Columbus Oncology and Hematology Associates; Dayton Physicians, LLC, also known as Dayton Physicians Network;

Healthcare Partners Nevada, and its successor in interest, Intermountain Health Care, Inc.; Northwest Georgia Oncology Centers, P.C.; South Carolina Oncology Associates, P.A.; Tennessee Cancer Specialists, PLLC; Tennessee Oncology, PLLC.; and Doe Healthcare Provider Defendants 1 to 100 are hereby dismissed with prejudice as to Relator only.

This Order does not dismiss any claims Omni HealthCare, Inc. has on behalf of the States against Cardinal Health, Inc., Cardinal Health 108, LLC, Cardinal Health 118, LLC D/B/A VitalSource GPO, which claims shall be resolved as set forth in the Notice of Pending Partial Settlement submitted by the Commonwealth of Massachusetts, Document 54.

Dated:   March 2, 2022                                    /s/ George A. O'Toole, Jr.
                                                                                    GEORGE A. O'TOOLE
                                                                                    UNITED STATES DISTRICT JUDGE